1
2
3
4                            UNITED STATES DISTRICT COURT
5                          NORTHERN DISTRICT OF CALIFORNIA
6                                  SAN JOSE DIVISION
7
8        JASON VOMACKA,                              Case No.19-cv-01093-VKD
                          Plaintiff,
9
                                                     **ORDER TO SHOW CAUSE RE
10              v.                                    SETTLEMENT**

11       MARGARET BRADBURY, et al.,
                          Defendants.
12

13

14           The Court having been informed that the parties have settled the dispute between them, all

15   previously scheduled deadlines and appearances are VACATED.

16           On or before **October 1, 2019**, the parties shall file a stipulated dismissal pursuant to Fed.

17   R. Civ. P. 41(a)(1)(ii).  Rule 41(a)(1) permits a plaintiff to voluntarily dismiss a case without a

18   court order (i) by notice if the defendant has not filed an answer or motion for summary judgment,

19   or (ii) by stipulation signed by all parties who have appeared.  Because defendant has filed an

20   answer, the parties must file a stipulated dismissal pursuant to Rule 41(a)(1)(ii).

21           If a dismissal is not filed by the specified date, then the parties shall appear in Courtroom

22   2, Fifth Floor, 280 South First Street, California on **October 15, 2019, 10:00 a.m.** and show

23   cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a).

24   Additionally, the parties shall file a statement in response to this Order to Show Cause no later

25   than **October 8, 2019** advising as to (1) the status of their activities in finalizing settlement; and

26   (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal.

27   If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated

28   and the parties need not file a statement in response to this Order.

**IT IS SO ORDERED.**

Dated: August 2, 2019

VIRGINIA K. DEMARCHI
United States Magistrate Judge